UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 30, 2014

No. 13-3588

COURTNEY DOUGLASS,
on behalf of herself and all
others similarly situated,

Appellant

v.

CONVERGENT OUTSOURCING,
formerly known as
ER SOLUTIONS, INC.

(E.D. Pa. No. 2-12-cv-01524)

Present:  FISHER and SCIRICA, <u>Circuit Judges</u>  and MARIANI[*], <u>District Judge</u>

Motion by Appellant to Amend Opinion to Reflect Counsel of Record SaraEllen Hutchison as Co-Counsel for Appellant.

Respectfully,
Clerk/pdb for tmm

_____ORDER_____
The foregoing motion is granted and the opinion will be amended to reflect SaraEllen Hutchison as co-counsel of record for Appellant.  This amendment to the opinion does not alter the judgment of this Court.  An amended opinion will be issued forthwith.

By the Court,

<u>s/Anthony J. Scirica</u>
Circuit Judge

Dated: October 10, 2014

---

[*] Honorable Robert D. Mariani, District Judge for the Middle District of Pennsylvania, sitting by designation.

tmm/cc: all counsel of record